In the Matter of the TRAVELERS INSURANCE COMPANY, Appellant, v. CLEMENCIA CASE, Respondent.—

834

Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.